AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

United States District Court
Southern District Of Texas
FILED

MAY 1 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
v.
Juan Martinez-Garcia

**CRIMINAL COMPLAINT**

Case Number: M-19-0993-M

IAE    YOB: 1977
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 29, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Alamo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Juan Martinez-Garcia was encountered by Border Patrol Agents near Alamo, Texas on April 29, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 29, 2019, near Pharr, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 14, 2018, through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 10, 2017, the Defendant was convicted of 8 USC 1326 Alien Unlawfully Found in the United States after Deportation and was sentenced to twenty four (24) months confinement and thirty six (36) months supervised release term.

Approved AUSA LAURA GARCIA

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant
Mickel Gonzalez    Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 1, 2019

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer